IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL JOSEPH VITANOVEC,<br><br>Defendant. | No. 1:21-cr-93<br><br>Count 1: Theft of Government Property<br>(18 U.S.C. § 641) |

**FILED IN OPEN COURT MAY 11 2021 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA**

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 6, 2018, in the Eastern District of Virginia and elsewhere, the defendant, MICHAEL JOSEPH VITANOVEC, willfully and knowingly stole, purloined, and embezzled property belonging to the United States and a department and agency thereof in a total amount greater than $1,000, namely, twelve Canon IPF ink cartridges, which are used in commercial grade printers for photo quality printing, with a value of approximately $1,932. in violation of 18 U.S.C. § 641.

(In violation of Title 18, United States Code, Sections 641.)

Respectfully submitted,

Raj Parekh
Acting United States Attorney

Date:

By: _____
Kimberly Shartar
Assistant United States Attorney

Amelia Medina
Special Assistant United States Attorney